**THE BARNABI LAW FIRM, PLLC**
CHARLES ("CJ") E. BARNABI JR., ESQ.
Nevada Bar No. 14477
8981 W. Sahara Ave., Ste. 120
Las Vegas, NV 89117
Email: cj@barnabilaw.com
Telephone:   (702) 475-8903
Facsimile:    (702) 966-3718
*Attorneys for Sundance Media Group, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUNDANCE MEDIA GROUP, LLC,<br><br>　　　　　Plaintiff,<br>vs.<br><br>YUNEEC USA, INC., Does I through X and Roe Corporations I through X Inclusive,<br><br>　　　　　Defendants.<br>─────────────────────────<br>YUNEEC USA, INC., Does I through X and Roe Corporations I through X Inclusive,<br><br>　　　　　Counterclaimant,<br>vs.<br><br>SUNDANCE MEDIA GROUP, LLC,<br><br>　　　　　Counterdefendant. | Case No.: 2:18-cv-00388-APG-PAL |

**STIPULATION AND ORDER TO CONTINUE DATES IN ORDER (1) GRANTING PLAINTIFF'S MOTION TO SET ASIDE DEFAULT, AND (2) DENYING AS MOOT DEFENDANTS' MOTION FOR DEFAULT JUDGMENT**

Plaintiff/Counterdefendant and Defendant/Counterclaimant, by and through their attorneys of record, hereby stipulate that the parties may "meet and confer" in regard to the amount of reasonable attorney's fees and costs for an additional two weeks until February 1,

2019, in an effort to meaningfully discuss the matter to come to a joint resolution. It is further agreed that any related dates regarding a possible motion for attorney's fees and costs likewise be extended for two weeks until February 8, 2019.

DATED: January 18, 2019     **STRADLING YOCCA CARLSON & RAUTH, PC**

By: /s/ Douglas Q. Hahn
DOUGLAS Q. HAHN, ESQ. (Admitted PHV)
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660

-and-

PAUL S. PADDA, ESQ.
JOSHUA Y. ANG, ESQ.
**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103

*Attorneys for Defendant and Counterclaim-Plaintiff Yuneec USA, Inc.*

DATED: January 18, 2019     **THE BARNABI LAW FIRM, PLLC**

By: /s/ CJ Barnabi
CHARLES ("CJ") E. BARNABI JR., ESQ.
8981 W. Sahara Ave., Ste. 120
Las Vegas, NV 89117

*Attorneys for Plaintiff and Counter-Defendant Sundance Media Group, LLC*

## **ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: January 18, 2019.

3