# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Sundance Media Group, LLC

JUDGMENT IN A CIVIL CASE
for Attorney Fees

                Plaintiff,

v.

Case Number: 2:18-cv-00388-APG-BNW

Yuneec USA, INC

                Defendant.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment for attorney fees are awarded to Yuneec in the amount of $27,000.

| | |
|---|---|
| 9/27/19 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ A. Reyes |
| | Deputy Clerk |