## STRADLING YOCCA CARLSON & RAUTH

May 31, 2018

File No: 104119-0002     Re: ADV. SUNDANCE MEDIA GROUP
Invoice: 343501-0002

---

DESCRIPTION OF SERVICES RENDERED

| Date | Initials | | Hours | Amount |
|------|----------|---|-------|--------|
| 04/02/18 | DQH | ██████████████████████ | 2.50 | 1937.50 |
| 04/02/18 | JAV | ██████████████████████ | 2.60 | 1365.00 |
| 04/03/18 | DQH | ██████████████████████ | 3.50 | 2712.50 |
| 04/03/18 | SB | ██████████████████████ | 1.10 | 632.50 |
| 04/03/18 | JAV | ██████████████████████ | 2.70 | 1417.50 |
| 04/04/18 | JAV | ██████████████████████ | 1.30 | 682.50 |
| 04/16/18 | SB | ██████████████████████ | .60 | 345.00 |

| | |
|---|---|
| Total Fees: | 9,092.50 |
| Less Discount on Fees: | (909.25) |
| Total Adjusted Fees: | 8,183.25 |

**STRADLING YOCCA CARLSON & RAUTH**

May 31, 2018

```
File No: 104119-0002     Re: ADV. SUNDANCE MEDIA GROUP
Invoice: 343501-0002
```

---

```
DESCRIPTION OF DISBURSEMENT                        AMOUNT

Court and Other Filing Fees                        51.12
Court Fees - CLERK APPELLATE DIVISION, ATTORNEY     5.00
RECORDS CLERK APPELATE DIVISION, FIRST JUDICIAL
DEPARTMENT - CERTIFICATE OF GOOD STANDING FROM
NY APPELATE COURT 04/13/18.


              Total Disbursements:            56.12

              Total Due This Matter:       8,239.37
```

**STRADLING YOCCA CARLSON & RAUTH**

May 31, 2018

File No: 104119-0002     Re: ADV. SUNDANCE MEDIA GROUP
Invoice: 343501-0002

---

Recap of Attorney Time

|  | Hours | Rate | Amount |
|---|---|---|---|
| Shareholder |  |  |  |
| D. Q. HAHN | 6.00 | 775.00 | 4,650.00 |
|  |  |  |  |
| Associate |  |  |  |
| S. BALI | 1.70 | 575.00 | 977.50 |
| J. VELIZ | 6.60 | 525.00 | 3,465.00 |

**STRADLING YOCCA CARLSON & RAUTH**

December 31, 2018

File No: 104119-0002    Re: ADV. SUNDANCE MEDIA GROUP
Invoice: 350029-0002

---

DESCRIPTION OF SERVICES RENDERED

11/13/18 DQH ███████████████████                    .30   232.50

Total Fees:                              232.50
Less Discount on Fees:                   (23.25)

Total Adjusted Fees:                     209.25

**STRADLING YOCCA CARLSON & RAUTH**

December 31, 2018

File No: 104119-0002      Re: ADV. SUNDANCE MEDIA GROUP
Invoice: 350029-0002

---

Recap of Attorney Time

|  | Hours | Rate | Amount |
|---|---|---|---|
| Shareholder |  |  |  |
| D. Q. HAHN | .30 | 775.00 | 232.50 |

## STRADLING YOCCA CARLSON & RAUTH

January 31, 2019

File No: 104119-0002      Re: ADV. SUNDANCE MEDIA GROUP
Invoice: 350939-0002

---

DESCRIPTION OF SERVICES RENDERED



| Date | | | Hours | Amount |
|---|---|---|---|---|
| 12/17/18 | SB | | .70 | 402.50 |
| 12/20/18 | SB | | 2.60 | 1495.00 |
| 12/21/18 | SB | | 1.90 | 1092.50 |
| 12/26/18 | SB | | .50 | 287.50 |

|  |  |
|---|---|
| Total Fees: | 3,277.50 |
| Less Discount on Fees: | (327.75) |
| Total Adjusted Fees: | 2,949.75 |

**STRADLING YOCCA CARLSON & RAUTH**

January 31, 2019

File No: 104119-0002     Re: ADV. SUNDANCE MEDIA GROUP
Invoice: 350939-0002

---

Recap of Attorney Time

|  | Hours | Rate | Amount |
|---|---|---|---|
| Associate |  |  |  |
| S. BALI | 5.70 | 575.00 | 3,277.50 |

### STRADLING YOCCA CARLSON & RAUTH

May 24, 2019

File No: 104119-0002     Re: ADV. SUNDANCE MEDIA GROUP
Invoice: 354356-0002

---

DESCRIPTION OF SERVICES RENDERED



| | | |
|---|---|---|
| 04/01/19 DQH | .60 | 495.00 |
| 04/01/19 KLB | .10 | 42.50 |
| 04/30/19 DQH | 1.00 | 825.00 |

Total Fees:                          1,362.50
Less Discount on Fees:                (136.25)

Total Adjusted Fees:                 1,226.25

## STRADLING YOCCA CARLSON & RAUTH

May 24, 2019

File No: 104119-0002      Re: ADV. SUNDANCE MEDIA GROUP
Invoice: 354356-0002

---

Recap of Attorney Time

| | Hours | Rate | Amount |
|---|---|---|---|
| **Shareholder** | | | |
| D. Q. HAHN | 1.60 | 825.00 | 1,320.00 |
| **Associate** | | | |
| K. BEAUDIN | .10 | 425.00 | 42.50 |

### STRADLING YOCCA CARLSON & RAUTH

June 28, 2019

File No: 104119-0002     Re: ADV. SUNDANCE MEDIA GROUP
Invoice: 355345-0002

---

DESCRIPTION OF SERVICES RENDERED



| Date | Init | | Hours | Amount |
|------|------|---|-------|--------|
| 05/02/19 | SB | | 1.10 | 660.00 |
| 05/09/19 | SB | | 1.30 | 780.00 |
| 05/14/19 | SB | | .90 | 540.00 |
| 05/30/19 | DQH | | 1.10 | 907.50 |
| 05/30/19 | SB | | 2.70 | 1620.00 |
| 05/31/19 | DQH | | 1.50 | 1237.50 |
| 05/31/19 | SB | | 1.60 | 960.00 |
| 05/31/19 | MS | | 2.80 | 1540.00 |

Total Fees:                   8,245.00
Less Discount on Fees:         (824.50)

Total Adjusted Fees:          7,420.50

### STRADLING YOCCA CARLSON & RAUTH

June 28, 2019

File No: 104119-0002     Re: ADV. SUNDANCE MEDIA GROUP
Invoice: 355345-0002

---

Recap of Attorney Time

|  | Hours | Rate | Amount |
|---|---|---|---|
| Shareholder |  |  |  |
| D. Q. HAHN | 2.60 | 825.00 | 2,145.00 |
|  |  |  |  |
| Associate |  |  |  |
| S. BALI | 7.60 | 600.00 | 4,560.00 |
| M. STEPHENS | 2.80 | 550.00 | 1,540.00 |

### STRADLING YOCCA CARLSON & RAUTH

July 26, 2019

File No: 104119-0002     Re: ADV. SUNDANCE MEDIA GROUP
Invoice: 356282-0002

DESCRIPTION OF SERVICES RENDERED



| | | | |
|---|---|---|---|
| 06/03/19 MS | | .50 | 275.00 |
| 06/05/19 DQH | | 1.30 | 1072.50 |
| 06/24/19 DQH | | 1.80 | 1485.00 |
| 06/28/19 DQH | | .30 | 247.50 |

| | |
|---|---|
| Total Fees: | 3,080.00 |
| Less Discount on Fees: | (308.00) |
| Total Adjusted Fees: | 2,772.00 |

| DESCRIPTION OF DISBURSEMENT | AMOUNT |
|---|---|
| Duplication | 82.40 |

| | |
|---|---|
| Total Disbursements: | 82.40 |
| Total Due This Matter: | 2,854.40 |

**STRADLING YOCCA CARLSON & RAUTH**

July 26, 2019

File No: 104119-0002      Re: ADV. SUNDANCE MEDIA GROUP
Invoice: 356282-0002

---

Recap of Attorney Time

|  | Hours | Rate | Amount |
|---|---|---|---|
| Shareholder |  |  |  |
| D. Q. HAHN | 3.40 | 825.00 | 2,805.00 |
| Associate |  |  |  |
| M. STEPHENS | .50 | 550.00 | 275.00 |

**STRADLING YOCCA CARLSON & RAUTH**

August 30, 2019

File No: 104119-0002      Re: ADV. SUNDANCE MEDIA GROUP
Invoice: 357202-0002

---

### DESCRIPTION OF SERVICES RENDERED

| Date | Atty | | Hours | Amount |
|------|------|---|-------|--------|
| 07/01/19 | SB | ████████████████████ | 2.30 | 1380.00 |
| 07/02/19 | SB | ████████████████████ | 4.70 | 2820.00 |
| 07/09/19 | SB | ████████████████████ | 4.70 | 2820.00 |
| 07/10/19 | AT | ████████████████████ | .40 | 116.00 |
| 07/10/19 | SB | ████████████████████ | 6.10 | 3660.00 |
| 07/11/19 | AT | ████████████████████ | .50 | 145.00 |

## STRADLING YOCCA CARLSON & RAUTH

August 30, 2019

File No: 104119-0002      Re: ADV. SUNDANCE MEDIA GROUP
Invoice: 357202-0002

---



| Date | | | | |
|---|---|---|---|---|
| 07/12/19 | AT | | .30 | 87.00 |
| 07/16/19 | DQH | | .60 | 495.00 |
| 07/18/19 | DQH | | 2.10 | 1732.50 |
| 07/18/19 | SB | | 4.70 | 2820.00 |
| 07/19/19 | SB | | 1.20 | 720.00 |
| 07/22/19 | DQH | | 2.10 | 1732.50 |
| 07/22/19 | SB | | 3.90 | 2340.00 |
| 07/22/19 | MS | | .50 | 275.00 |
| 07/24/19 | SB | | 3.60 | 2160.00 |
| 07/24/19 | MS | | 3.30 | 1815.00 |

**STRADLING YOCCA CARLSON & RAUTH**

August 30, 2019

File No: 104119-0002      Re: ADV. SUNDANCE MEDIA GROUP
Invoice: 357202-0002

07/25/19 SB ███████████████████████████      2.30   1380.00
            ███████████████

07/25/19 MS ████████████████████████████      2.50   1375.00
            ████████████████████████████
            ████████████████████████████
            ████████████████████████████

07/26/19 SB ████████████████████████          2.10   1260.00
            ████████

07/29/19 MS ██████████████████████            1.00    550.00
            ██████████████████

07/30/19 MS ██████████████████████            3.40   1870.00
            ██████████████████████

                    Total Fees:                31,553.00
                    Less Discount on Fees:      (3,155.30)

                    Total Adjusted Fees:        28,397.70

### STRADLING YOCCA CARLSON & RAUTH

August 30, 2019

File No: 104119-0002     Re: ADV. SUNDANCE MEDIA GROUP
Invoice: 357202-0002

---

Recap of Attorney Time

| | Hours | Rate | Amount |
|---|---|---|---|
| **Shareholder** | | | |
| D. Q. HAHN | 4.80 | 825.00 | 3,960.00 |
| **Associate** | | | |
| **S.** BALI | 35.60 | 600.00 | 21,360.00 |
| M. STEPHENS | 10.70 | 550.00 | 5,885.00 |
| **Paralegal** | | | |
| A. TURNER | 1.20 | 290.00 | 348.00 |

**STRADLING YOCCA CARLSON & RAUTH**

October 25, 2019

File No: 104119-0002      Re: ADV. SUNDANCE MEDIA GROUP
Invoice: 358747-0002

---

DESCRIPTION OF SERVICES RENDERED



| Date | Initials | | Hours | Amount |
|------|----------|---|-------|--------|
| 08/01/19 | DQH | | .40 | 330.00 |
| 08/01/19 | SB | | .40 | 240.00 |
| 08/05/19 | DQH | | 1.10 | 907.50 |
| 08/05/19 | SB | | 3.50 | 2100.00 |
| 08/06/19 | DQH | | .80 | 660.00 |
| 08/06/19 | SB | | 4.10 | 2460.00 |
| 08/07/19 | DQH | | 4.80 | 3960.00 |
| 08/07/19 | SB | | 4.80 | 2880.00 |
| 08/08/19 | DQH | | 2.10 | 1732.50 |
| 08/08/19 | SB | | 2.40 | 1440.00 |
| 08/12/19 | SB | | 1.40 | 840.00 |

**STRADLING YOCCA CARLSON & RAUTH**

October 25, 2019

File No: 104119-0002      Re: ADV. SUNDANCE MEDIA GROUP
Invoice: 358747-0002



| | | | |
|---|---|---|---|
| 08/19/19 | SB | 1.30 | 780.00 |
| 08/20/19 | SB | .80 | 480.00 |
| 08/21/19 | SB | .60 | 360.00 |
| 08/22/19 | SB | 1.20 | 720.00 |
| 09/09/19 | SB | 2.00 | 1200.00 |
| 09/09/19 | MS | .40 | 220.00 |
| 09/10/19 | MS | 1.80 | 990.00 |
| 09/11/19 | MS | 2.10 | 1155.00 |
| 09/13/19 | AT | 5.20 | 1950.00 |
| 09/13/19 | MS | .20 | 110.00 |

**STRADLING YOCCA CARLSON & RAUTH**

October 25, 2019

File No: 104119-0002      Re: ADV. SUNDANCE MEDIA GROUP
Invoice: 358747-0002

| Date | Init | | Hours | Amount |
|------|------|--|-------|--------|
| 09/17/19 | AT | | 4.20 | 1575.00 |
| 09/18/19 | SB | | 2.60 | 1560.00 |
| 09/19/19 | AT | | 1.90 | 712.50 |
| 09/19/19 | MS | | 4.40 | 2420.00 |
| 09/20/19 | MS | | 2.80 | 1540.00 |
| 09/23/19 | DQH | | 1.90 | 1567.50 |
| 09/23/19 | SB | | 1.50 | 900.00 |
| 09/23/19 | AT | | .30 | 112.50 |
| 09/23/19 | MS | | 3.30 | 1815.00 |
| 09/24/19 | SB | | 1.80 | 1080.00 |
| 09/24/19 | MS | | 3.00 | 1650.00 |
| 09/27/19 | DQH | | 1.10 | 907.50 |

## STRADLING YOCCA CARLSON & RAUTH

October 25, 2019

File No: 104119-0002   Re: ADV. SUNDANCE MEDIA GROUP
Invoice: 358747-0002

---

09/27/19 SB  ██████████████████████████████            1.10   660.00
             ██████████████████████

                        Total Fees:                    42,015.00
                        Less Discount on Fees:          (4,201.50)

                        Total Adjusted Fees:            37,813.50

DESCRIPTION OF DISBURSEMENT                          AMOUNT

Lexis Research                                       584.99

                        Total Disbursements:            584.99

                        Total Due This Matter:         38,398.49

STRADLING YOCCA CARLSON & RAUTH

October 25, 2019

File No: 104119-0002      Re: ADV. SUNDANCE MEDIA GROUP
Invoice: 358747-0002

---

Recap of Attorney Time

|  | Hours | Rate | Amount |
|---|---|---|---|
| Shareholder |  |  |  |
| D. Q. HAHN | 12.20 | 825.00 | 10,065.00 |
| Associate |  |  |  |
| S. BALI | 29.50 | 600.00 | 17,700.00 |
| M. STEPHENS | 18.00 | 550.00 | 9,900.00 |
| Staff Attorney |  |  |  |
| A. TAKOUCHE | 11.60 | 375.00 | 4,350.00 |

**STRADLING YOCCA CARLSON & RAUTH**

November 25, 2019

File No: 104119-0002      Re: ADV. SUNDANCE MEDIA GROUP
Invoice: 359570-0002

---

DESCRIPTION OF SERVICES RENDERED



| | | | |
|---|---|---|---|
| 10/04/19 DQH | | .70 | 577.50 |
| 10/04/19 SB | | .90 | 540.00 |
| 10/09/19 DQH | | .30 | 247.50 |
| 10/09/19 SB | | .90 | 540.00 |
| 10/11/19 DQH | | 3.80 | 3135.00 |
| 10/14/19 DQH | | 2.90 | 2392.50 |
| 10/14/19 SB | | .40 | 240.00 |
| 10/16/19 DQH | | 4.10 | 3382.50 |
| 10/17/19 DQH | | 2.70 | 2227.50 |
| 10/18/19 DQH | | 4.20 | 3465.00 |

**STRADLING YOCCA CARLSON & RAUTH**

November 25, 2019

File No: 104119-0002      Re: ADV. SUNDANCE MEDIA GROUP
Invoice: 359570-0002

---



| | | |
|---|---|---|
| 10/18/19 SB | 4.20 | 2520.00 |
| 10/21/19 DQH | 3.80 | 3135.00 |
| 10/21/19 SB | 3.40 | 2040.00 |
| 10/22/19 DQH | 4.10 | 3382.50 |
| 10/22/19 SB | 4.80 | 2880.00 |
| 10/22/19 MS | 1.80 | 990.00 |

STRADLING YOCCA CARLSON & RAUTH

November 25, 2019

File No: 104119-0002     Re: ADV. SUNDANCE MEDIA GROUP
Invoice: 359570-0002

---

| 10/23/19 SB | ███████████████████████████████ | 1.60 | 960.00 |
| 10/23/19 MS | ███████████████████████████████ | 1.00 | 550.00 |
| 10/24/19 SB | ███████████████████████████ | .60 | 360.00 |

|                        |           |
|------------------------|-----------|
| Total Fees:            | 33,565.00 |
| Less Discount on Fees: | (3,356.50) |
| Total Adjusted Fees:   | 30,208.50 |

**STRADLING YOCCA CARLSON & RAUTH**

November 25, 2019

File No: 104119-0002      Re: ADV. SUNDANCE MEDIA GROUP
Invoice: 359570-0002

---

Recap of Attorney Time

|  | Hours | Rate | Amount |
|---|---|---|---|
| Shareholder |  |  |  |
| D. Q. HAHN | 26.60 | 825.00 | 21,945.00 |
| Associate |  |  |  |
| S. BALI | 16.80 | 600.00 | 10,080.00 |
| M. STEPHENS | 2.80 | 550.00 | 1,540.00 |

## STRADLING YOCCA CARLSON & RAUTH

March 13, 2020

File No: 104119-0002      Re: ADV. SUNDANCE MEDIA GROUP
Invoice: 362710-0002

---

#### DESCRIPTION OF SERVICES RENDERED

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 11/13/19 | SB | ██████████████████████ | 2.40 | 1440.00 |
| 11/14/19 | AT | ██████████████████████ | 2.80 | 1050.00 |
| 11/14/19 | MS | ██████████████████████ | .60 | 330.00 |
| 11/19/19 | AT | ██████████████████████ | .80 | 300.00 |
| 11/19/19 | MS | ██████████████████████ | 3.30 | 1815.00 |
| 11/20/19 | MS | ██████████████████████ | .40 | 220.00 |
| 11/22/19 | AT | ██████████████████████ | 2.00 | 750.00 |
| 11/22/19 | MS | ██████████████████████ | 5.00 | 2750.00 |
| 11/25/19 | AT | ██████████████████████ | 3.20 | 1200.00 |
| 11/25/19 | MS | ██████████████████████ | 8.60 | 4730.00 |
| 11/26/19 | DQH | ██████████████████████ | 1.20 | 990.00 |

## STRADLING YOCCA CARLSON & RAUTH

March 13, 2020

File No: 104119-0002     Re: ADV. SUNDANCE MEDIA GROUP
Invoice: 362710-0002



| Date | Atty | | Hours | Amount |
|---|---|---|---|---|
| 11/26/19 | SB | | 4.70 | 2820.00 |
| 11/26/19 | AT | | 3.80 | 1425.00 |
| 11/27/19 | DQH | | 3.80 | 3135.00 |
| 11/27/19 | SB | | 2.40 | 1440.00 |
| 11/27/19 | AT | | 3.70 | 1387.50 |
| 11/30/19 | MS | | 2.30 | 1265.00 |
| 12/02/19 | SB | | 4.30 | 2580.00 |
| 12/02/19 | MS | | 3.60 | 1980.00 |
| 12/03/19 | DQH | | 2.00 | 1650.00 |
| 12/03/19 | SB | | 4.70 | 2820.00 |
| 12/03/19 | AT | | .20 | 75.00 |
| 12/04/19 | DQH | | 4.10 | 3382.50 |

**STRADLING YOCCA CARLSON & RAUTH**

March 13, 2020

File No: 104119-0002     Re: ADV. SUNDANCE MEDIA GROUP
Invoice: 362710-0002

---



| Date | Init | | Hours | Amount |
|------|------|---|-------|--------|
| 12/04/19 | SB | | 4.10 | 2460.00 |
| 12/04/19 | MS | | 3.00 | 1650.00 |
| 12/11/19 | DQH | | 3.10 | 2557.50 |
| 12/12/19 | DQH | | 2.80 | 2310.00 |
| 12/12/19 | AT | | .30 | 112.50 |
| 12/16/19 | DQH | | 3.70 | 3052.50 |
| 12/16/19 | SB | | 6.80 | 4080.00 |
| 12/16/19 | AT | | 2.20 | 825.00 |
| 12/19/19 | SB | | 1.10 | 660.00 |
| 12/19/19 | AT | | 1.80 | 675.00 |

**STRADLING YOCCA CARLSON & RAUTH**

March 13, 2020

File No: 104119-0002       Re: ADV. SUNDANCE MEDIA GROUP
Invoice: 362710-0002

---

| Date | | | | Hours | Amount |
|---|---|---|---|---|---|
| 12/20/19 | AT | ██████████████████████ | | 7.20 | 2700.00 |
| 12/30/19 | SB | ██████████████████████ | | 4.10 | 2460.00 |
| 12/30/19 | AT | ██████████████████████ | | 4.20 | 1575.00 |
| 01/02/20 | SB | ██████████████████████ in support of same (.8); supervise filing (1.0) | | 2.20 | 1320.00 |
| 01/13/20 | SB | ██████████████████████ | | 1.20 | 720.00 |
| 01/16/20 | SB | ██████████████████████ | | 2.20 | 1320.00 |
| 01/17/20 | SB | ██████████████████████ | | .60 | 360.00 |

Total Fees:                       68,372.50
Less Discount on Fees:            (6,837.25}

Total Adjusted Fees:              61,535.25

**STRADLING YOCCA CARLSON & RAUTH**


March 13, 2020


File No: 104119-0002     Re: ADV. SUNDANCE MEDIA GROUP
Invoice: 362710-0002

---


| DESCRIPTION OF DISBURSEMENT | AMOUNT |
|---|---|
| FedEx | 21.76 |
| Word Processing | 7.50 |
| Lexis Research | 1393.66 |

|  |  |
|---|---|
| Total Disbursements: | 1,422.92 |
| Total Due This Matter: | 62,958.17 |

## STRADLING YOCCA CARLSON & RAUTH

March 13, 2020

File No: 104119-0002      Re: I'illV. SUNDANCE MEDIA GROUP
Invoice: 362710-0002

---

Recap of Attorney Time

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Shareholder** | | | |
| D. Q.HAHN | 20.70 | 825.00 | 17,077.50 |
| S. BALI | 40.80 | 600.00 | 24,480.00 |
| **Associate** | | | |
| A. TAKOUCHE | 32.20 | 375.00 | 12,075.00 |
| M. STEPHENS | 26.80 | 550.00 | 14,740.00 |

## STRADLING YOCCA CARLSON & RAUTH

April 17, 2020

File No: 104119-0002      Re: ADV. SUNDANCE MEDIA GROUP
Invoice: 363670-0002

---

#### DESCRIPTION OF SERVICES RENDERED



| | | | |
|---|---|---|---|
| 03/25/20 DQH | | .50 | 412.50 |
| 03/26/20 DQH | | .30 | 247.50 |
| 03/31/20 SB | | 4.10 | 2460.00 |

Total Fees:                      3,120.00

**STRADLING YOCCA CARLSON & RAUTH**

April 17, 2020

File No: 104119-0002      Re: ADV. SUNDANCE MEDIA GROUP
Invoice: 363670-0002

---

Recap of Attorney Time

|  | Hours | Rate | Amount |
|---|---|---|---|
| Shareholder |  |  |  |
| D. Q. HAHN | .80 | 825.00 | 660.00 |
| S. BALI | 4.10 | 600.00 | 2,460.00 |

**STRADLING YOCCA CARLSON & RAUTH**

May 28, 2020

File No: 104119-0002      Re: ADV. SUNDANCE MEDIA GROUP
Invoice: 364719-0002

---

DESCRIPTION OF SERVICES RENDERED

04/01/20 SB ███████████████████████████              1. 60    960.00

                    Total Fees:                        960.00
                    Less Discount on Fees:             (96.00)

                    Total Adjusted Fees:               864.00

STRADLING YOCCA CARLSON & RAUTH

May 28, 2020

File No: 104119-0002     Re: ADV. SUNDANCE MEDIA GROUP
Invoice: 364719-0002

---

Recap of Attorney Time

|  | Hours | Rate | Amount |
|---|---|---|---|
| Shareholder |  |  |  |
| S. BALI | 1.60 | 600.00 | 960.00 |