PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888

Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SUNDANCE MEDIA GROUP, LLC, | |
| Plaintiff, | |
| vs. | Case No. 2:18-cv-0388-APG-BNW |
| YUNEEC USA, INC., Does I through X and Roe Corporations I through X inclusive, | **DECLARATION OF PAUL S. PADDA IN SUPPORT OF YUNEEC USA, INC.'S MOTION FOR ATTORNEYS FEES** |
| Defendants. | |

I, Paul S. Padda, Esq. do hereby declare the following:

1.  I am an attorney licensed to practice law in Nevada (NV Bar #10417). I am also admitted to practice before this Court. I am offering this Declaration based upon my personal knowledge. I am above the age of 18 and am not a party to this litigation. I am competent to testify to the matters herein if called upon to do so.

2.  This Declaration is being offered in support of Yuneec USA, Inc's motion for attorney's fees.

3.  I received my undergraduate degree from the University of Chicago and my law degree from the University of Illinois. I am admitted to practice law in Nevada, California, Illinois and the District of Columbia.

4.  My hourly rate is $550.00 per hour. This is a reasonable rate for attorney's in Nevada with my experience. Prior to starting my own law firm in 2011, I spent over a decade

as a Trial Attorney and Assistant United States Attorney with the United States Department of Justice in Washington D.C. and Las Vegas, Nevada. I have significant federal litigation experience and routinely litigate civil and criminal cases in this Court and other federal courts.

5. My former associate Joshua Y. Ang, Esq., a graduate of the University of San Diego School of Law, had an hourly rate of $275.00 per hour during the time he was associated with my law firm. Mr. Ang is also a Nevada licensed attorney (NV Bar #14026) and worked on this case.

6. Between Mr. Ang and I we spent a total of 22.75 hours at an expense to the client of $10,791.25 on this litigation as local counsel, excluding time billed relating to Plaintiff's default and the related attorneys' fees motion. Attached hereto as Exhibit A is a true and correct copy of our redacted billing summary statement reflecting the hours spent working on this matter. A copy of the unredacted bills shall be submitted to the Court *in camera*.

7. For cases billed on an hourly basis, my firm's practice is to maintain billing statements of the kind submitted in this case. My firm bills to the tenth of the hour.

I declare, under penalty of perjury, the foregoing is true and correct to the best of my knowledge and belief.

Paul S. Padda, Esq.

Dated: October 23, 2020