## PAUL PADDA LAW, PLLC
**4560 South Decatur Blvd., Suite 300**
**Las Vegas, NV 89103**
**Phone: (702) 366-1888**
**Fax: (702) 366-1940**

Yuneec USA, Inc.
Yuneec USA, Inc.
2275 Sampson Avenue
Corona, CA 92879

October 22, 2020

File #:     200951
Inv #:     3139

**RE:**    Yuneec USA, Inc. - Client is being sued in federal court for copyright infringement

| DATE | WORK PERFORMED | HOURS | AMOUNT | LAWYER |
|------|----------------|-------|--------|--------|
| Apr-03-18 | | 0.90 | 495.00 | PSP |
| | | 1.50 | 825.00 | PSP |
| Apr-10-18 | | 0.20 | 110.00 | PSP |
| Apr-16-18 | | 0.70 | 385.00 | PSP |
| May-17-18 | | 1.00 | 550.00 | PSP |
| May-18-18 | | 0.10 | 55.00 | PSP |
| Jun-04-18 | | 0.10 | 55.00 | PSP |

**Removed From Fees Sought By This Motion**

**Removed From Fees Sought By This Motion**

| Date | Hours | Amount | Attorney |
|------|-------|--------|----------|
| Jun-27-18 | 0.70 | 385.00 | PSP |

**Removed From Fees Sought By This Motion**

| Date | Hours | Amount | Attorney |
|------|-------|--------|----------|
| Aug-27-18 | 0.10 | 55.00 | PSP |
| Dec-08-18 | 0.10 | 55.00 | PSP |
| Dec-19-18 | 0.20 | 110.00 | PSP |
| Dec-21-18 | 0.30 | 165.00 | PSP |
| Dec-26-18 | 0.20 | 110.00 | PSP |
| Dec-27-18 | 0.10 | 55.00 | PSP |
| Jan-17-19 | 0.10 | 27.50 | JA |
|  | 0.20 | 55.00 | JA |
| Jan-18-19 | 0.20 | 110.00 | PSP |



| Date | | Hours | Amount | Initials |
|---|---|---|---|---|
| | | 0.25 | 75.00 | JA |
| Jan-23-19 | | 0.10 | 55.00 | PSP |
| | | 0.10 | 27.50 | JA |
| Jan-31-19 | | 0.10 | 27.50 | JA |
| Feb-01-19 | | 0.20 | 110.00 | PSP |
| | | 0.25 | 68.75 | JA |

**Removed From Fees Sought By This Motion**

| Feb-08-19 | | 0.60 | 180.00 | JA |

**Removed From Fees Sought By This Motion**

**Removed From Fees Sought By This Motion**

| Feb-25-19 | | 0.20 | 60.00 | JA |
| Feb-26-19 | | | | |

**Removed From Fees Sought By This Motion**

| | | 0.50 | 150.00 | JA |
| | | 0.25 | 75.00 | JA |
| Mar-05-19 | | | | |

**Removed From Fees Sought By This Motion**

| | | 0.30 | 90.00 | JA |
| Apr-26-19 | | 0.40 | 110.00 | JA |
| | | 0.25 | 68.75 | JA |
| | | 0.25 | 68.75 | JA |

| Date | | Hours | Amount | Attorney |
|---|---|---|---|---|
| May-03-19 | | 0.10 | 55.00 | PSP |
| | | 0.30 | 165.00 | PSP |
| | | 0.20 | 55.00 | JA |
| | | 0.30 | 82.50 | JA |
| | | 0.30 | 82.50 | JA |
| May-13-19 | | 0.30 | 165.00 | PSP |
| | | 0.20 | 55.00 | JA |
| | | 0.30 | 82.50 | JA |
| | | 0.10 | 27.50 | JA |
| | | 0.10 | 27.50 | JA |
| May-30-19 | | 0.30 | 82.50 | JA |
| May-31-19 | | 0.30 | 82.50 | JA |
| | | 0.10 | 27.50 | JA |
| Aug-19-19 | | 0.50 | 137.50 | JA |
| Sep-23-19 | | 0.10 | 55.00 | PSP |
| Sep-27-19 | | 0.10 | 55.00 | PSP |
| Oct-25-19 | | 1.80 | 990.00 | PSP |
| Nov-18-19 | | 0.10 | 55.00 | PSP |
| Dec-03-19 | | 0.60 | 330.00 | PSP |

| | | | | |
|---|---|---|---|---|
| Dec-04-19 | | 0.50 | 275.00 | PSP |
| Dec-16-19 | | 0.60 | 330.00 | PSP |
| Dec-18-19 | | 0.40 | 220.00 | PSP |
| Dec-23-19 | | 0.50 | 275.00 | PSP |
| Dec-30-19 | | 0.80 | 440.00 | PSP |
| Jan-03-20 | | 0.50 | 275.00 | PSP |
| Jan-13-20 | | 0.50 | 275.00 | PSP |
| Jan-17-20 | | 0.90 | 495.00 | PSP |
| Mar-25-20 | | 0.10 | 55.00 | PSP |
| Apr-01-20 | | 0.20 | 110.00 | PSP |
| Sep-11-20 | | 1.00 | 550.00 | PSP |
| Oct-12-20 | | 0.20 | 110.00 | PSP |

**Payment is due in Paul Padda Law office 15 days from the Invoice Date.**

**Finance Charges may be applied to all Past Due Bills.**

Invoice #:   3139                        October 28, 2020

**TAX ID Number      47-2682519**