1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SUNDANCE MEDIA GROUP, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>YUNEEC USA, INC., Does I through X and Roe Corporations I through X Inclusive,<br><br>Defendant. | CASE NO. 2:18-cv-00388-APG-BNW<br><br>**[PROPOSED] ORDER GRANTING YUNEEC USA, INC.'S MOTION FOR ATTORNEYS FEES**<br><br>Complaint Filed:  March 2, 2018 |
| YUNEEC USA, INC.,<br><br>Counterclaim-Plaintiff,<br><br>vs.<br><br>SUNDANCE MEDIA GROUP, LLC,<br><br>Counterclaim-Defendant. | |

|  |  |
|---|---|
| 1 | Having considered Defendant and Counterclaim Plaintiff Yuneec USA, Inc.'s ("Yuneec's") Motion for Attorneys Fees, the Court **HEREBY FINDS AND CONCLUDES** the attorneys' fees of $195,491.20 and $2,146.43 were necessary and the attorneys' fees are reasonable in light of the nature of the case, the skill of counsel, the work performed, the result of the action, and the requirements of 17 U.S.C. §505. |

    Having considered Defendant and Counterclaim Plaintiff Yuneec USA, Inc.'s ("Yuneec's") Motion for Attorneys Fees, the Court **HEREBY FINDS AND CONCLUDES** the attorneys' fees of $195,491.20 and $2,146.43 were necessary and the attorneys' fees are reasonable in light of the nature of the case, the skill of counsel, the work performed, the result of the action, and the requirements of 17 U.S.C. §505.

    Accordingly, IT IS HEREBY ORDERED that Yuneec's Motion is **GRANTED** and Yuneec is awarded attorneys' fees in the amount of $195,491.20 and costs of $2,146.43 against Plaintiff and Counterclaim-Defendant Sundance Media Group, LLC.

**IT IS SO ORDERED**:

DATED: _____

                UNITED STATES DISTRICT JUDGE
                ANDREW P. GORDON

STRADLING YOCCA CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-   18-cv-00388
[PROPOSED] ORDER ON YUNEEC'S MOTION FOR ATTORNEYS FEES
4842-1168-1999v1/104119-0002