AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Sundance Media Group, LLC,

          Plaintiff,

v.

Yuneec USA, Inc.,

          Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:18-cv-00388-APG-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that defendant Yuneec USA, Inc.'s motion for attorneys' fees and costs is GRANTED IN PART. Yuneec is awarded $193,398.70 in fees and no costs against plaintiff Sundance.

2/17/2021  
Date

DEBRA K. KEMPI  
Clerk

/s/ H. Magennis  
Deputy Clerk