**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUNDANCE MEDIA GROUP, LLC,<br><br>    Plaintiff<br><br>v.<br><br>YUNEEC USA, INC.,<br><br>    Defendant | Case No.: 2:18-cv-00388-APG-BNW<br><br>**Order for Entry of Final Judgment** |

I ORDER the clerk of court to enter final judgment consistent with my order granting summary judgment in favor of defendant Yuneec USA, Inc. on plaintiff Sundance Media Group, LLC's claims (ECF No. 76) and my order granting a voluntary dismissal of defendant Yuneec USA, Inc.'s counterclaim (ECF No. 95), and to close this case.

DATED this 22nd day of February, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE