AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SUNDANCE MEDIA GROUP, LLC,

                    Plaintiff,

v.

YUNEEC USA, INC.,

                    Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-00388-APG-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of defendant against plaintiff dismissing the complaint and counterclaim.

2/22/2021
Date

DEBRA K. KEMPI
Clerk

/s/ H. Magennis
Deputy Clerk